# In the United States Court of Federal Claims

No. 05-325C
Filed: August 16, 2005

*************************************
*
GLS LIMITED PARTNERSHIP #2, *
A NORTH DAKOTA LIMITED *
PARTNERSHIP, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

The August 11, 2005 joint motion to stay proceedings until conclusion of ADR proceedings in related cases pending before the Honorable Marian Blank Horn, is hereby **GRANTED**.

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge