# In the United States Court of Federal Claims

No. 05-625C
Filed: August 17, 2005

| | |
|---|---|
| GLS LIMITED PARTNERSHIP #2, A NORTH DAKOTA LIMITED PARTNERSHIP, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

The Clerk of the Court is directed to strike the Order issued August 16, 2005. The August 11, 2005 joint motion to stay proceedings until conclusion of ADR proceedings in related cases pending before the Honorable Marian Blank Horn, is hereby **GRANTED**.

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge